No. 11–1415.  CULVER v. CCL LABEL, INC.  C. A. 6th Cir. Certiorari denied.

No. 11–1416.  ATA AIRLINES, INC. v. FEDERAL EXPRESS CORP. C. A. 7th Cir.  Certiorari denied.

No. 11–1417.  JACKSON v. TEXAS.  Ct. Crim. App. Tex.  Certiorari denied.

No. 11–1419.  SHAW COASTAL, INC. v. CHERRY.  C. A. 5th Cir. Certiorari denied.

No. 11–1420.  SALMON v. SOCIAL SECURITY ADMINISTRATION. C. A. Fed. Cir.  Certiorari denied.

No. 11–1421.  CICCHIELLO v. WETZEL, SECRETARY, PENNSYLVANIA DEPARTMENT OF CORRECTIONS, ET AL.  C. A. 3d Cir. Certiorari denied.

No. 11–1423.  BRUNER ET UX. v. JOSEPHINE COUNTY, OREGON. Ct. App. Ore.  Certiorari denied.

No. 11–1424.  BROWN v. UNKNOWN OBJECTORS.  C. A. 8th Cir. Certiorari denied.

No. 11–1429.  RUNNER v. KENTUCKY ET AL.  C. A. 6th Cir. Certiorari denied.

No. 11–1430.  BLAKELY v. LOS ANGELES SOCIETY FOR THE PREVENTION OF CRUELTY TO ANIMALS ET AL.  Ct. App. Cal., 2d App. Dist.  Certiorari denied.

No. 11–1432.  SILVERSTEIN v. ANDOVER SCHOOL BOARD.  Sup. Ct. N. H.  Certiorari denied.

No. 11–1433.  VALDEZ v. FRANK KENT MOTOR CO., DBA FRANK KENT CADILLAC.  Sup. Ct. Tex.  Certiorari denied.

No. 11–1434.  SIGNATURE PHARMACY, INC., ET AL. v. SOARES ET AL.  C. A. 11th Cir.  Certiorari denied.